UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | ORDER |
| TERRANCE ROTHMILLER | CR. NO. 16-169 (JBS) |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this 1ST day of APRIL, 2016

ORDERED that the Federal Public Defender for the District of New Jersey, (Thomas Young, AFPD) is hereby appointed to represent said defendant in this case until further order of the Court.

_____
JEROME B. SIMANDLE
CHIEF UNITED STATES DISTRICT JUDGE

cc: Federal Public Defender